UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.: 4:19CR 00413 DPM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| RONALD SMITH | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 10 2019
JAMES W. McCORMACK, CLERK
By: ______ DEP CLERK

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**COUNT 1**

A. On or about October 11, 2018, the defendant,

RONALD SMITH,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Forgery Second Degree, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-03-1188;
2. Aggravated Assault on a Family or Household Member, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-05-2082; and
3. Forgery Second Degree, in Saline County, Arkansas, Circuit Court in Case Number 63CR-15-341.

B. On or about October 11, 2018, in the Eastern District of Arkansas, the defendant,

RONALD SMITH,

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith and WessonSD40 VE handgun, bearing serial number FZL5740, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, RONALD SMITH shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.